**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  10-cv-01024-REB-CBS

COLORADO BLUE RIBBON FOODS, LLC,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF AGRICULTURE, PACA Dispute Resolution Section PACA Branch, and
MRS. CONDIE'S SALAD COMPANY, INC.,

    Defendants.

**ORDER ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

The matter before me is the **Recommendation of United States Magistrate Judge** [#7][1] filed October 28, 2010.  No objections to the recommendation have been filed and, therefore, I review it only for plain error.  ***See Morales-Fernandez v. Immigration & Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005).  Finding no error, much less plain error, in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Recommendation of United States Magistrate Judge** [#7] filed October 28, 2010,  **APPROVED AND ADOPTED** as an order of this court;

---

[1] "[#7]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

2. That this action is **DISMISSED WITHOUT PREJUDICE** for failure to appear at the Status Conference held on September 30, 2010, at 10:00 a.m., failure to timely serve the defendants, failure to appear through counsel, failure to prosecute this action, failure to comply with court orders, the Local Rules of Practice for the United States District court for the District of Colorado, and the Federal Rules of Civil Procedure, and failure to respond to the court's September 30, 2010 Order to Show Cause.

Dated April 21, 2011, at Denver, Colorado.

                                                **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge